**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

WPI COLLATERAL MANAGEMENT, LLC, BANZAI ADVISORY GROUP, LLC, BANZAI CAPITAL PARTNERS, LLC, NEUGEBAUER FAMILY ENTERPRISES, LLC, AND TOBY NEUGEBAUER,

Plaintiffs,

v.

VIVEK RAMASWAMY, STRIVE ENTERPRISES, INC., STRIVE ASSET MANAGEMENT, LLC, JOSEPH RICKETTS, JAMES NICK AYERS, JOSEPH LONSDALE, PETER THIEL, JEFFREY SPRECHER, RICHARD JACKSON, BREANNE HARMSEN, JONATHAN PENNINGTON, and OLD GLORY INTELLECTUAL PROPERTY HOLDINGS, LLC,

Defendants,

Case No:
1:24-CV-02148-ELR

## <u>ORDER STAYING LITIGATION</u>

Plaintiffs have moved to stay this litigation. On June 18, 2024 the United States Bankruptcy Court for the Northern District of Texas temporarily enjoined and ordered all the Plaintiffs in this case "to cease all prosecution of [the instant] Litigation, including attempted service of the complaints filed in [the instant] Litigation, effective immediately from the entry of [the] Order." *See Order for Temporary Injunction*, Bkr. N.D. Tex. Case No. 23-30246-mvl-7, p. 3 (June 18,

2024). Because the Plaintiffs are currently enjoined from prosecuting or serving the complaint in this matter, the Court hereby **GRANTS** Plaintiffs motion and **STAYS** this litigation. The time required for service of the Complaint [Doc. 1] shall be extended by the same period of time that the matter is stayed.

This 16th day of July, 2024.

___ *Eleanor L. Ross* _____

HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE