IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WPI COLLATERAL MANAGEMENT, LLC, BANZAI ADVISORY GROUP, LLC, BANZAI CAPITAL PARTNERS, LLC, NEUGEBAUER FAMILY ENTERPRISES, LLC, AND TOBY NEUGEBAUER,<br><br>Plaintiffs,<br>v.<br><br>VIVEK RAMASWAMY, STRIVE ENTERPRISES, INC., STRIVE ASSET MANAGEMENT, LLC, JOSEPH RICKETTS, JAMES NICK AYERS, JOSEPH LONSDALE, PETER THIEL, JEFFREY SPRECHER, RICHARD JACKSON, BREANNE HARMSEN, JONATHAN PENNINGTON, and OLD GLORY INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>Defendants, | Case No:<br>1:24-CV-02148-ELR<br><br>**JURY DEMAND** |

**Plaintiffs' Status Update**

Pursuant to the Court's order for a status update, Plaintiffs state as follows:

On June 18, 2024, the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") temporarily enjoined and ordered all the Plaintiffs in the instant case "to cease all prosecution of [the instant] Litigation, including attempted service of the complaints filed in [the instant] Litigation, effective immediately from the entry of [the] Order." *See Order for Temporary*

*Injunction*, Bkr. N.D. Tex. Case No. 23-30246-mvl-7, p. 3 (June 18, 2024) [Doc. 37-1] (the "Injunction"). The Injunction "shall expire at 11:59 p.m. September 10, 2024, unless extended or dissolved by separate order of [the Bankruptcy Court]."

On July 16, 2024, this Court stayed the matter until the Bankruptcy Court lifts its stay. [Doc. 38.]

Since the implementation of the stay, several activities have taken place in the Bankruptcy Court, which have led to the extension of the Bankruptcy Court's temporary injunction. The Bankruptcy Court's injunction was originally designed to pause these proceedings pending the adjudication of certain disputes before the Bankruptcy Court regarding, among other things, the ownership of certain of the causes of action, and whether certain of the causes of action were subject to the automatic stay.

The adjudication of such disputes was originally set for late July, but adjudication has been delayed for two reasons. First, the dispute appeared to be resolved pursuant to a later-disavowed settlement. Second, the dispute was postponed pending a separate settlement dispute and other matters before the Bankruptcy Court that would have materially affected the proceedings before this Court, including, for example, a motion by the debtor to convert the bankruptcy case from a case under Chapter 7, to a case under Chapter 11.

The propriety of the subsequent settlement and other matters before the Bankruptcy Court are presently being adjudicated. A hearing on the matters commenced on September 23, 2024, and proceeded for four days before the Bankruptcy Court, with the hearing scheduled to continue on October 4th.

Closing argument in the Bankruptcy Court hearing will occur on October 16 and 17, 2024, after which the adjudication of ownership of the causes of action in this case, as well as the applicability of the automatic stay can proceed toward adjudication.

During the pendency of these actions, in a pleading titled Order Lifting Abatement in Adversary Proceeding, which is attached hereto, the Bankruptcy Court has ordered that the temporary injunction "remain in place until 11:59 p.m. on the date that is three days following the resolution [of the matters in the ongoing hearing] unless otherwise ordered by the [Bankruptcy] Court."

**Respectfully submitted this 2nd day of October, 2024**.

*/s/ Christopher W. Timmons*
Christopher W. Timmons
Georgia Bar No.: 712659
ctimmons@kgtfirm.com
Ramsey A. Knowles
Ga. Bar No.: 426726
rknowles@kgtfirm.com
Karen E. Bain
Ga. Bar No.: 495153
kbain@kgtfirm.com
Jordan V. Kalteux
Ga. Bar No.: 501722
jkalteux@kgtfirm.com

KNOWLES GALLANT TIMMONS, LLC
6400 Powers Ferry Road – Suite 350
Atlanta, Georgia 30339
Telephone:  (404) 590-3533
Facsimile:   (404) 590-3687

*/s/ Ryan Downton*
Ryan Downton
Admitted *Pro Hac Vice*
ryan@thetexastrialgroup.com

THE TEXAS TRIAL GROUP, P.C.
875 Carr 693, Ste. 103
Dorado, PR 00646
Telephone: (512) 680 7947

*Attorneys for Plaintiffs WPI Collateral Management, LLC, Toby Neugebauer, Neugebauer Family Enterprises, LLC, Banzai Capital Partners, LLC, and Banzai Advisory Group, LLC*

**CERTIFICATE OF SERVICE AND TYPE-SIZE COMPLIANCE**

Pursuant to LR 5.1(C), NDGa, the foregoing is prepared in Times New Roman, 14 point font, and served using the Court's CM/ECF system, which will automatically send notice of such filing to counsel.

Respectfully submitted this 2nd day of October, 2024.

/s/ *Christopher W. Timmons*
Christopher W. Timmons
Ga. Bar No.: 712659
ctimmons@kgtfirm.com

KNOWLES GALLANT TIMMONS, LLC
6400 Powers Ferry Road – Suite 350
Atlanta, Georgia 30339
Telephone:  (404) 590-3533
Facsimile:   (404) 590-3687

*Attorney for Plaintiffs WPI Collateral Management, LLC, Toby Neugebauer, Neugebauer Family Enterprises, LLC, Banzai Capital Partners, LLC, and Banzai Advisory Group, LLC*