

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed August 28, 2024**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| WITH PURPOSE, INC., | § § | Case No. 23-30246-mvl-7 |
| Debtor. | § § § | (Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE, | § § § | |
| Plaintiff, | § § | Adv. No: 24-03038 |
| v. | § § | |
| TOBY NEUGEBAUER; BANZAI ADVISORY GROUP, LLC; BANZAI CAPITAL PARTNERS, LLC; NEUGEBAUER FAMILY ENTERPRISES, LLC; WPI COLLATERAL MANAGEMENT, LLC; and ONPOINT COMPANIES, LLC, | § § § § § § § § | |
| Defendants. | § § | |

## ORDER LIFTING ABATEMENT IN ADVERSARY PROCEEDING

Case 24-80134 Doc 146 Filed 08/29/24 Entered 08/29/24 17:44:08 Desc Main
Document      Page 2 of 3

**CAME ON FOR CONSIDERATION**, the Emergency Motion to Lift Abatement in Adversary Proceeding (the "Motion") [Doc. No. 61], filed by WPI Collateral Management, LLC, the collateral agent for certain secured creditors (the "Collateral Agent") in the above-styled bankruptcy case (the "Bankruptcy Case"), along with Toby Neugebauer, Banzai Advisory Group, LLC, Banzai Capital Partners, LLC, and Neugebauer Family Enterprises, LLC (collectively, the "Neugebauer Parties"). Having considered the Motion, finding that the relief requested therein is lawful and appropriate, and based on the agreement of the parties to lift the abatement, it is hereby:

**ORDERED** that the Motion is GRANTED as set forth herein; it is further

**ORDERED** that the abatement in this Court's Order Abating the Adversary Proceeding entered on July 23, 2024 [Doc. No. 57] is lifted effective as of August 15, 2024; it is further

**ORDERED** that the temporary injunction provided pursuant to the Order for Temporary Injunction [Doc. No. 40] remain in place until 11:59 p.m. on the date that is three days following resolution of Adversary Proceeding No. 24-03038, unless otherwise ordered by the Court.

### ### END OF ORDER ###

Submitted by:

**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (TX 24050567)
Christian Ellis (TX 24007154)
Eric T. Haitz (TX 24101851)
C. Joshua Osborne (TX 24065856)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: joshua@bondsellis.com
Email: christian@bondsellis.com
Email: eric.haitz@bondsellis.com
Email: c.joshosborne@bondsellis.com

-and-

**THE TEXAS TRIAL GROUP, PC**
Ryan Downton (TX 24036500)
875 Carr 693, Ste. 103
Dorado, PR 00646
Telephone: (512) 680-7947
Email: ryan@thetexastrialgroup.com

*COUNSEL FOR THE COLLATERAL AGENT
AND NEUGEBAUER PARTIES*