# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| WPI COLLATERAL MANAGEMENT, LLC, BANZAI ADVISORY GROUP, LLC, BANZAI CAPITAL PARTNERS, LLC, NEUGEBAUER FAMILY ENTERPRISES, LLC, AND TOBY NEUGEBAUER,<br><br>    Plaintiffs,<br><br>              v.<br><br>VIVEK RAMASWAMY, STRIVE ENTERPRISES, INC., STRIVE ASSET MANAGEMENT, LLC, JOSEPH RICKETTS, JAMES NICK AYERS, JOSEPH LONSDALE, PETER THIEL, JEFFREY SPRECHER, RICHARD JACKSON, BREANNE HARMSEN, JONATHAN PENNINGTON, and OLD GLORY INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>    Defendants. | Case No: 1:24-CV-02148-ELR |

## PLAINTIFFS' STATUS UPDATE

Pursuant to the Court's order for a status update, Plaintiffs state as follows:

The United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") has not yet issued a ruling on the ownership of the causes of action in this case, or the applicability of the automatic stay on the current proceedings, the two issues currently before the Bankruptcy Court. Both issues have been fully briefed and argued before the Bankruptcy Court.

1

Pursuant to the Bankruptcy Court's August 28, 2024, Order Lifting Abatement in Adversary Proceeding (Doc. No. 39-1), the Bankruptcy Court has ordered that the temporary injunction "remain in place until 11:59 p.m. on the date that is three days following the resolution [of the matters in the ongoing hearing] unless otherwise ordered by the [Bankruptcy] Court." Plaintiffs are still awaiting a ruling from the Bankruptcy Court.

Respectfully submitted this 21st day of October, 2025.

/s/ Christopher W. Timmons
Christopher W. Timmons
Georgia Bar No.: 712659
ctimmons@kgtfirm.com
Ramsey A. Knowles
Georgia Bar No.: 426726
rknowles@kgtfirm.com
Jordan V. Davies
Georgia Bar No.: 501722
jdavies@kgtfirm.com

KNOWLES GALLANT TIMMONS
6400 Powers Ferry Road – Suite 350
Atlanta, Georgia 30339
Telephone:  (404) 818-7330
*Counsel for Plaintiffs*

/s/ Ryan Downton
Ryan Downton
Admitted *Pro Hac Vice*
ryan@thetexastrialgroup.com

THE TEXAS TRIAL GROUP, P.C.
875 Carr 693, Ste. 103
Dorado, PR 00646
Telephone: (512) 680 7947
*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE AND TYPE-SIZE COMPLIANCE</u>

Pursuant to LR 5.1(C), NDGa, the foregoing is prepared in Times New Roman, 14 point font, and served using the Court's CM/ECF system, which will automatically send notice of such filing to counsel.

Respectfully submitted this 21st day of October, 2025.

<u>/s/ Christopher W. Timmons</u>
Christopher W. Timmons
Georgia Bar No.: 712659
ctimmons@kgtfirm.com

KNOWLES GALLANT TIMMONS
6400 Powers Ferry Road – Suite 350
Atlanta, Georgia 30339
Telephone:  (404) 818-7330
*Counsel for Plaintiffs*